IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoard, Anthony O | Case Number: 08 B 01287 |
|---|---|---|
| | Hoard, Susan C | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 1/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 686.36 | |
| Secured: | | 641.75 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 44.61 |
| Other Funds: | | 0.00 |
| Totals: | 686.36 | 686.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,500.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 5,954.36 | 523.90 |
| 3. | Payment Center | Secured | 2,009.16 | 117.85 |
| 4. | America's Servicing Co | Secured | 30,967.14 | 0.00 |
| 5. | Payment Center | Secured | 54,024.98 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 27.52 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 116.17 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 44.48 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 39.98 | 0.00 |
| 10. | Capital One | Unsecured | 92.68 | 0.00 |
| 11. | Worldwide Asset Purchasing LLC | Unsecured | 47.24 | 0.00 |
| 12. | Village of Brookfield | Unsecured | 90.42 | 0.00 |
| 13. | Boyajian Law Offices | Unsecured | | No Claim Filed |
| 14. | ACC International | Unsecured | | No Claim Filed |
| 15. | AMCA | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Electronic Payment Process | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hoard, Anthony O  
Hoard, Susan C  
Printed: 9/3/08

Case Number: 08 B 01287  
Judge: Wedoff, Eugene R  
Filed: 1/22/08

| | | | |
|---|---|---|---|
| 26. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 27. | Jefferson Capital Systems LLC | Unsecured | No Claim Filed |
| 28. | AAA Collectors In | Unsecured | No Claim Filed |
| 29. | Village of McCook | Unsecured | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | No Claim Filed |
| 32. | GC Services Corporation | Unsecured | No Claim Filed |
| 33. | Nicor Gas | Unsecured | No Claim Filed |
| 34. | Heller & Frisone Ltd | Unsecured | No Claim Filed |
| 35. | Tribute | Unsecured | No Claim Filed |
| 36. | Providian Financial | Unsecured | No Claim Filed |
| 37. | West Asset Management | Unsecured | No Claim Filed |

$ 96,914.13          $ 641.75

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 44.61 |

$ 44.61

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____